IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE
WESTERN DIVISION
_____

ZENA RAYFORD,

    Plaintiff,

vs.                                                                         No. 2:08-CV-2144

THE STANDARD INSURANCE COMPANY

    Defendant.

_____

JOINT MOTION TO AMEND SCHEDULING ORDER
_____

    Plaintiff Zena Rayford and Defendant The Standard Insurance Company, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, hereby file this Joint Motion to Amend Scheduling Order and request that the Court amend the Scheduling Order by extending the deadline for dispositive motions from March 24, 2009 to April 24, 2009, since the parties are in the process of discussing possible settlement of this case and need additional time to explore settlement prior to filing dispositive motions. The parties submit that there is good cause for the extension and that no previous request has been made to extend the deadlines in this case.

    Based on the foregoing, the Plaintiff and Defendant respectfully request that the Scheduling Order be amended by extending the dispositive motion deadline from March 24, 2009 to April 24, 2009.

Respectfully submitted,

/s/ J. Gregory Grisham

J. Gregory Grisham, # 013810
Leitner, Williams, Dooley, & Napolitan
Local Counsel for Defendant
254 Court Ave, Second Floor
Memphis, Tennessee 38103
(901) 527-0214
Greg.Grisham@leitnerfirm.com


/s/ John E. Dunlap
John E. Dunlap, #13223
Attorney for Plaintiff
1433 Poplar Avenue
Memphis, TN 38104
jdunlap00@gmail.com