UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**ZENA RAYFORD,**

    **Plaintiff,**

**v.**                                                           Cv. No. 08-2144-Ma

**THE STANDARD INSURANCE COMPANY,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendant's Motions for Summary Judgment and to Dismiss for Lack of Subject Matter Jurisdiction, docketed March 10, 2010.


**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| March 10, 2010 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |